# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DR. BRETT CASEY

VERSUS

WERLEIN PROSPERIE, III,
360FUEL CORP, 360 CORP.

NO.   2026 CW 0316

**MARCH 13, 2026**

---

In Re:   Werlein Prosperie, III, 360Fuel Corp., and 360 Corp., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 190303.

---

BEFORE:   **MCCLENDON, C.J., GREENE, AND STROMBERG, JJ.**

**WRIT GRANTED WITH ORDER.** The trial court's March 2, 2026 judgment finding Merlien Prosperie, III in contempt of court and imposing sanctions for such contempt is an appealable judgment. See La. Code Civ. P. art. 1915(A)(6); **Triton Diving Servs. LLC v. Offshore Marine Serv. Ass'n. Inc.**, 2023-0169 (La. App. 1st Cir. 9/21/23), 372 So.3d 832, 8328-39. Thus, this writ application is granted for the limited purpose of remanding this matter to the trial court with instructions to grant an appeal to defendant, Werlien Prosperie, III, pursuant to his notice of intent to seek supervisory writs. See **In Re Howard**, 541 So.2d 195 (La. 1989) (*per curiam*). Additionally, a copy of this court's order is to be included in the appellate record.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT